Jeffrey M. LEIDEN and Eliav Barr, Appellants,

v.

H. Kirk HAMMOND, Frank J. Giordano and Wolfgang H. Dillman, Appellees.

No. 06–1023.

United States Court of Appeals, Federal Circuit.

May 5, 2006.

MICHEL, Chief Judge, SCHALL and DYK, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.